USER S. ASKENAS and Another v. HARRIS & REICHARD FUR DYERS, INC.—

Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed on or before December 6, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.